UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KAREN AND JOHN DAVIS**                                                              **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO.1:06CV914 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                    **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [4] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the plaintiffs' motion to expedite remand [4] is **DENIED AS MOOT**;

**SO ORDERED** this 18th day of October, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge